# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS ZUCKERMAN,<br>Defendant | Crim. No. 18-10178<br><br>VIOLATIONS:<br><br>18 U.S.C. § 875(c) (Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another) |

## INDICTMENT

The Grand Jury charges that:

1. At all times material to the allegations below, NICHOLAS ZUCKERMAN was a 23-year-old male who resided in and was located in and around Phoenix, Arizona.

2. Harvard University was a private university located in Cambridge, Massachusetts.

3. In and around May 2017, news media outlets published reports that Harvard University would host the "Harvard Black Commencement of 2017" on May 23, 2017. The "Black Commencement" was billed as an opportunity to celebrate the accomplishments of black students graduating from the university.

4. In and around May 2017, Harvard University maintained a public account on Instagram, an online photo and video-sharing social networking service accessible at the website www.instagram.com or via an application that can be installed on computer equipment, including cellular phones.

5. In and around May 2017, ZUCKERMAN maintained an Instagram account under the profile name "russian_goalkeeper94."

6. On or about May 11, 2017, a post was published to Harvard University's Instagram account, which included a photograph depicting three young black women. On or about May 13, 2017, ZUCKERMAN uploaded a comment to that post, which read: "If the blacks only ceremony happens, then I encourage violence and death at it. I'm thinking two automatics with extendo clips. Just so no nigger gets away."

7. On or about May 12, 2017, a post was published to Harvard University's Instagram account, which included a photograph depicting the American flag. On or about May 13, 2017, ZUCKERMAN uploaded a comment to that post, which read: "#bombharvard and end their pro-black agenda." Beginning approximately 10 minutes later, ZUCKERMAN uploaded the comment "#bombharvard" to other users' posts approximately 11 times, over a span of approximately four minutes.

8. On or about May 14, 2017, a person who had seen ZUCKERMAN's comments to the Harvard posts reported them to the Harvard University Police. On or about May 15, 2017, a Harvard University Police officer in Cambridge, Massachusetts thereafter viewed and documented the comments.

## COUNT ONE
### 18 U.S.C. § 875(c) — Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another

9. The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 6 and 8 above, and further charges that:

On or about May 13, 2017, in the District of Massachusetts and elsewhere, the defendant,

NICHOLAS ZUCKERMAN,

intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, knowing that it would be interpreted as a threat, and recklessly disregarding the risk that his communication would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

### Special Finding

10. The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 6, and 8 above, and further charges that:

The defendant intentionally selected the victims as the object of his threat because of the actual and perceived race and color of certain students at Harvard.

## COUNT TWO
### 18 U.S.C. § 875(c) — Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another

11.     The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 5, 7, and 8 above, and further charges that:

On or about May 13, 2017, in the District of Massachusetts and elsewhere, the defendant,

### NICHOLAS ZUCKERMAN,

intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, knowing that it would be interpreted as a threat, and recklessly disregarding the risk that his communication would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

### Special Finding

12.     The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 5, 7, and 8 above, and further charges that:

The defendant intentionally selected the victims as the object of his threat because of the actual and perceived race and color of certain students at Harvard.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Anne Paruti
Scott L. Garland
Assistant United States Attorneys

4

5

DISTRICT OF MASSACHUSETTS, Boston, MA, June 7, 2018,
Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 1:28 PM
6/7/18