

# Memorandum

**To:** The Honorable Indira Talwani. U.S. District Judge

**From:** Christopher Foster, Senior U.S. Probation Officer

**CC:** Cara McNamara Assistant Federal Public Defender

Anne Paruti, Assistant U.S. Attorney; Scott Garland, Assistant U.S. Attorney

**Date:** May 27, 2020

**Re:** Nicholas Zuckerman, Dkt: 18-CR-10178

---

The purpose of this memorandum is to update the Court on the above-captioned individual and request the withdrawal of the violation matter currently before the Court. As Your Honor may recall, a 12C Petition for a Summons was filed on 3/4/20 and subsequently a Summons was issued. The violation was based on Mr. Zuckerman's termination from the Coolidge House following an incident when he damaged the door of an elevator during an angry outburst. A Final Revocation Hearing is currently scheduled for 6/5/20.

Following his discharge from the Coolidge House, Mr. Zuckerman engaged in inpatient treatment at the Gavin Foundation and successfully discharged from that program. In recent weeks he has made significant strides on supervision. Mr. Zuckerman has secured housing at Steps to Solutions, a sober house in Lynn and is following the rules of that program. He is enjoying his living situation and appears to be managing his emotions appropriately. Mr. Zuckerman is also in compliance with comprehensive treatment in place at Boston Medical Center which consists of outpatient psychiatry, individual mental health treatment, and medication assisted treatment.

Future goals for Mr. Zuckerman will be to obtain sustainable employment so that he can contribute to the costs of his housing and lessen the need to rely on familial support.

In light of the significant improvements in Mr. Zuckerman's situation, the Probation Office would seek to withdraw the previously filed petition without prejudice in the event that Mr. Zuckerman regresses in the future. This decision is assented to by both parties in an effort to reinforce Mr. Zuckerman's positive behavior.

If the Court agrees with this decision, could you please indicate by endorsing below.

As always, If the Court has any questions, I may be reached at 617-304-9743 (cell) or by email at Christopher_foster@map.uscourts.gov.

I declare under penalty of perjury that the foregoing is true and correct.

1

Reviewed and Approved by:

/s/ Jeffrey R. Smith

Jeffrey R. Smith
Supervising U.S. Probation Officer

---

**The Court orders the following:**

✓ Approved, Withdraw Petition without Prejudice

___ Not Approved

___ Other


*(signature)*
The Honorable Indira Talwani
U.S. District Judge
Date: 5/28/2020